## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT )<br>　　　　Plaintiff, )<br>v. )<br>　 )<br>MAGNACHIP SEMICONDUCTOR )<br>CORPORATION, YOONG-JOON KIM, )<br>KYO-HWA CHUNG, MELVIN L. )<br>KEATING, ILBOK LEE, CAMILLO )<br>MARTINO, GARY TANNER, and )<br>NADER TAVAKOLI, )<br>　 )<br>　　　　Defendants. )<br>　 )<br>　 ) | Case No.1:21-cv-00657-LPS<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 22, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*